UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDY AMBS,

    Plaintiff(s),

vs

                                          Case No: 15-13550
                                          Hon. Victoria A. Roberts

LIFE INSURANCE COMPANY OF
NORTH AMERICA,

    Defendant(s).

_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal filed by Plaintiff, this case is DISMISSED without prejudice.

    ORDERED.

                                                             S/Victoria A. Roberts
                                                              Victoria A. Roberts
                                                              United States District Judge

Dated: November 17, 2015

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on November 17, 2015.

S/Carol A. Pinegar
Deputy Clerk